

**ORDERED in the Southern District of Florida on May 13, 2026.**

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

RAMIRO ANAYA                                    CASE NO.  26-10076-RAM
                                                CHAPTER 7

            Debtor.
_____/

**ORDER DENYING DEBTOR'S MOTION FOR**
**SANCTIONS FOR WILLFUL VIOLATION OF THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(k)**

**THIS CASE** came on for hearing on April 30, 2026 at 10:30 a.m. on the Debtor's Motion

for Sanctions for Willful Violation of the Automatic Stay Pursuant to 11 U.S.C. § 362(k) (Doc.

No. 27) ("Motion") and the Amended Response to the Motion (Doc. No. 36) filed by American

Honda Finance Corporation ("Honda").  For the reasons stated orally on the record, it is

**ORDERED:**

1.      The Motion (Doc. No. 27) is **DENIED**.

2.      The automatic stay under 11 U.S.C. §362 of the Bankruptcy Code is not in effect as to Honda's interest in the following property: **2024 Honda CRV; VIN: 2HKRS3H74RH310883.**

3.      Honda has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the above collateral, to gain possession of the above collateral and to have such other and further *in rem* relief as is just, but Honda shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653/F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to all interested parties and file a Certificate of Service with the Court.