IN RE: ESTATE OF

GONZALO R. PEREZ

_____/

IN THE CIRCUIT COURT FOR THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

PROBATE DIVISION
Case No.: 2024-003040-CP-02

## MOTION TO STRIKE CREDITOR'S CLAIM
Docket Index No. 45

Petitioner, TANIA RANGEL, personal representative of the Estate of Gonzalo R. Perez, hereby files this motion and alleges:

1. Gonzalo R. Perez died on April 30, 2024. On September 20, 2024, this Court entered Letters of Administration (DE #19) naming Petitioner as the personal representative of the Estate of Gonzalo R. Perez.

2. The Notice to Creditors (DE #28) was first published on February 3, 2025.

3. On July 17, 2025, Ramiro Anaya Fernandez filed a Claim Against the Estate (DE #45) in the sum of $5,200.00.

4. On July 29, 2025, Petitioner filed an Objection to the claim of Ramiro Anaya Fernandez (DE #54). A Proof of Service of Objection to Claim (DE #119) was filed with this Court on May 13, 2026.

5. Pursuant to Fla. Prob. R. 5.496 and Section 733.705 of the Florida Probate Code, the Claim had thirty (30) days from the date of service of the Objection to Claim to bring an independent action. More than thirty (30) days have passed and the claimant has failed to bring an action against the Estate.

**WHEREFORE**, Petitioner requests that an Order Striking the Claim of Ramiro Anaya Fernandez, against the estate be entered.

Signed on this ___May 13, 2026___.

5/13/2026


ID HwqHf2HE1Gkiqk3pWqbovoJV

Tania Rangel, as Personal Representative of
the Estate of Gonzalo Perez, Deceased.

*Ana C. Augusto*

Ana C. Augusto, Esq.
Attorney for Petitioner
Florida Bar Number: 18067
Law Office of Ana C. Augusto, P.A.
Ocean Bank Building
7951 SW 40 Street, Suite 202
Miami, Florida 33155
Telephone: (305) 507-7655
E-Mail: service@augustolaw.com

I CERTIFY that a copy hereof has been furnished to:

Tania Rangel, 11840 SW 170th Street, Miami, FL 33177-2157
Kenia Perez, 11840 SW 170th Street, Miami, FL 33177-2157
Lianeth Prol, 15220 SW 25th Terrace, Miami, FL 33185-5740

by U.S. Mail, on  May 13, 2026 .

*Ana C. Augusto*

Ana C. Augusto, Esq., Attorney

# eSignature Details

**Signer ID:**            **HwqHf2HE1Gkiqk3pWqbovoJV**
Signed by:           Tania Rangel
Sent to email:         05taniaperez@gmail.com
IP Address:          172.58.130.155
Signed at:           May 13 2026, 3:17 pm EDT