**IN THE COURT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

CIVIL DIVISION

CASE NO.: 2025-192838-CC-25

TANIA RANGEL on behalf of The Estate of
GONZALO PEREZ,

           Plaintiff,

vs.

RAMIRO ANAYA FERNANDEZ,
and All Others in Possession,
          Defendant(s).

_____/

## MOTION TO REINSTATE CASE TO PENDING STATUS

Petitioner, TANIA RANGEL, personal representative of the Estate of Gonzalo R. Perez, hereby files this Motion to Reinstate Case to Pending Status and alleges:

1.      On or about January 6, 2026, Defendant, Ramiro Anaya Fernandez, filed a petition for relief in the U.S. Bankruptcy Court, thereby giving rise to an automatic stay of the instant eviction action, and a corresponding Suggestion of Bankruptcy reflecting same was filed with the Court on January 7, 2026.

2.      Pursuant to 11 U.S.C. SS365(d)(1):

> **In a case under chapter 7 of this title, if the trustee does not assume or reject an executory contract or unexpired lease of residential real property or of personal property of the debtor within 60 days after the order for relief, or within such additional time as the court, for cause, within such 60-day period, fixes, then such contract or lease is deemed rejected.**

3.      Neither the Defendant nor the Chapter 7 Trustee assumed the Lease within the 60 days of the petition date. Consequently, the automatic stay terminated as to Tania Rangel's interest in the property located at 4225 SW 87th Avenue, #3, Miami, FL 33165 on March 7, 2026.

4.      On May 5, 2026, the Meeting of Creditors was held and concluded. The Chapter 7 Trustee issued a Report of No Distribution.

5.      For the foregoing reasons, the Motion to Reinstate Case to Active Status should be granted.

**WHEREFORE**, Petitioner requests that an Order Reinstating Case to Active Status be entered, and for such other and further relief as the Court deems appropriate.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 14th day of May 2026 to Defendant, RAMIRO ANAYA FERNANDEZ, via U.S. Mail to 4225 SW 87th Avenue, #3, Miami, FL 33165.

Respectfully submitted,

By: *Ana C. Augusto*

Ana C. Augusto, Esq.
Florida Bar No. 18067
7951 S.W. 40 Street, Suite 202
Miami, Florida 33155
Tel. (305) 507-7655
Primary E-Mail: service@augustolaw.com
Secondary Email: assistant@augustolaw.com
and info@augustolaw.com